**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard TUCKER, Defendant–Appellant.**

**No. 13–14135 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 17, 2014.

Corey J. Smith, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Chet Kaufman, on behalf of Randolph Murrell, appointed counsel for Richard Tucker, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Tucker's conviction and sentence are **AFFIRMED.**